01

02

03

04

05

06

07 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
08 AT SEATTLE

09 BOBBY W. WELLS,

10                     Plaintiff,             Case No.   C12-1822-JLR-BAT

11      v.                                REPORT AND RECOMMENDATION

12 KING COUNTY DEPARTMENT OF
DETENTION, *et al.*,

13                     Defendants.

14

15       This is a civil rights action brought pursuant to 42 U.S.C. § 1983.   Plaintiff submitted

16 his complaint to this Court for filing on October 16, 2012.   He alleged therein that he had been

17 retaliated against after submitting grievances about staff misconduct at the King County

18 Regional Justice Center ("RJC"), that grievances for constitutional violations had been ignored,

19 and that he had been denied access to the law library after being transferred from the RJC to the

20 King County Jail in Seattle.   Plaintiff identified the King County Department of Detention as a

21 defendant in his complaint along with department employees Kathy Van Olst, B. O'Farrell,

22

REPORT AND RECOMMENDATION
PAGE - 1

01 Sergeant Merrittt, Sergeant S. Hansen, F. Sylvas, Corrections Officer Feichtner, Sergeant D.

02 Owens, Captain J. L. Hardy, D. Ogle, Captain Hayes, and Corrections Officer Q. Le.

03     After reviewing plaintiff's complaint, this Court determined that plaintiff had not

04 adequately alleged a cause of action against any of the named defendants.   In addition, this

05 Court discovered, after reviewing other Court records, that the claims asserted by plaintiff in the

06 instant action were substantially similar to claims asserted by plaintiff in a separate pending

07 action which was proceeding under cause number C12-1697-TSZ-JPD.   Accordingly, on

08 October 31, 2012, this Court issued an Order directing plaintiff to show cause why the instant

09 action should not be dismissed as duplicative of the action proceeding under cause number

10 C12-1697-TSZ-JPD.   (Dkt. No. 7.)

11     Plaintiff filed a response to the Order to Show Cause on November 30, 2012.   (Dkt. No.

12 10.)   Plaintiff states therein that he agrees the claims asserted in the two actions are

13 substantially similar with the exception of claims asserted against a single individual, Brien

14 O'Farrell, which only came to plaintiff's attention after he filed his complaint in cause number

15 C12-1697-TSZ-JPD.   (*Id.*)   Plaintiff also states that he has no objection to pursuing all claims

16 in a single action so long as he is permitted to amend the complaint in his other pending action

17 to incorporate his additional claims.   (*Id.*)

18     A review of the record in cause number C12-1697-TSZ-JPD reveals that the Honorable

19 James P. Donohue, United States Magistrate Judge, recently granted plaintiff leave to file a

20 second amended complaint in that action which incorporates all claims asserted by plaintiff in

21 this action.   As it appears that plaintiff will be permitted to pursue all viable § 1983 claims

22 arising out of his recent incarceration in the DAJD in cause number C12-1697-TSZ-JPD, this

REPORT AND RECOMMENDATION
PAGE - 2

01   Court recommends that the instant action be dismissed as duplicative.   A proposed order

02   accompanies this Report and Recommendation.

03            Any objections to this Recommendation must be filed no later than **February 13, 2013**.

04   The matter will be ready for the Court's consideration on **February 15, 2013**.   Objections

05   shall not exceed five (5) pages.   The failure to timely object may affect the right to appeal.

06            DATED this 23rd day of January, 2013.

07

08   _____

09   BRIAN A. TSUCHIDA
     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

REPORT AND RECOMMENDATION
PAGE - 3