# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BOBBY W. WELLS,<br><br>    Plaintiff,<br><br>v.<br><br>KING COUNTY DEPARTMENT OF DETENTION, *et al.*,<br><br>    Defendants. | Case No.  C12-1822-JLR<br><br>ORDER DISMISSING ACTION |

  The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

  (1) The Court adopts the Report and Recommendation

  (2) This action is DISMISSED as duplicative of the action proceeding under cause number C12-1697-TSZ-JPD.

//

//

//

ORDER DISMISSING ACTION
PAGE - 1

01      (3)     The Clerk is directed to send copies of this Order to plaintiff and to Judge
02 Tsuhida.

03      DATED this 16th day of _____February_____, 2013.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2